# MAURY COBB
## & ASSOCIATES LLC

301 Beacon Parkway West Suite 100
Birmingham, AL 35209
205-994-6891
877-369-3667

Mon - Thurs: 9am to 6pm CST
Fridays: 8am to 5pm CST



October 5, 2016

Parlakalin Ahmet
PO Box 673
Coram, NY  11727-0673

Dear Parlakalin Ahmet:

The account shown here has been placed with this office for collection. Make your check payable to MAURY COBB ATTORNEY AT LAW LLC and mail it to 301 Beacon Parkway, Suite 100, Birmingham, AL 35209. Our office accepts also most credit cards, debit cards and checks over the telephone. Our phone number is 877-369-3667.

MAURY COBB ATTORNEY AT LAW LLC is a debt collector. Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

**This communication is from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.**

Very truly yours,

Maury Cobb, Esq.

### Account Summary

| | |
|---|---|
| Original Creditor | T-MOBILE |
| Creditor's Acct# | ▇▇▇▇4257 |
| Our Account # | ▇▇▇▇8641 |
| Total Due | $1,206.61 |



Scan this code with your smartphone to pay your bill online