**BARSHAY SANDERS, PLLC**
100 Garden City Plaza
Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
Our File No: 112797
*Attorneys for Plaintiff*

```
F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★  NOV 02 2017  ★
LONG ISLAND OFFICE
```

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Parlakalin Ahmet, individually and on behalf of all others similarly situated,

           Plaintiff,

-against-

Maury Cobb & Associates LLC,

           Defendant.

Docket No: 2:17-cv-05887-SJF-AYS

### NOTICE OF VOLUNTARY DISMISSAL
### PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff and/or plaintiff's counsel, hereby give notice that the above captioned action is voluntarily dismissed without prejudice against the defendant.

Dated: October 30, 2017

           **BARSHAY SANDERS, PLLC**

           By:    */s Craig B. Sanders*
           Craig B. Sanders
           100 Garden City Plaza, Suite 500
           Garden City, New York 11530
           Tel. (516) 203-7600
           Email: *ConsumerRights@BarshaySanders.com*
           ·Our File No: 112797
           *Attorneys for Plaintiff*

*[Handwritten:]* The Clerk of Court is directed to close This case. SO ORDERED This 2nd day of November 2017 at Central Islip, NY.

/s/ Sandra J. Feuerstein

Sandra J. Feuerstein, U.S.D.J.